723 A.2d 1020

**Donald L. MYERS, M.D. and Cynthia Jackson**

v.

**NATIONWIDE INSURANCE COMPANY.**

**Cynthia Jackson**

v.

**Nationwide Insurance Company.**

**Appeal of Cynthia Jackson.**

Supreme Court of Pennsylvania.

Argued Feb. 2, 1999.

Decided Feb. 24, 1999.

Thomas B. Grier, Bensalem, for Cynthia Jackson.

Kevin R. McNaulty, Kim R. Plouffe, Philadelphia, for Nationwide Ins. Co.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.